**Opinion issued May 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00019-CV

_____

**MARCUS L. SPIVEY, Appellant**

**V.**

**AUDREA BELLINGER, Appellee**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-08618**

---

## MEMORANDUM OPINION

Appellant, Marcus L. Spivey, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal,

appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b). Accordingly, we dismiss the appeal for want of prosecution.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.